In the Matter of EDWIN C. WINTRINGHAM, an Attorney.— Motion granted. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

THE JOHN Church COMPANY, Appellant, v. HENRY S. WALSH, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

JOHN McCLOSKEY, Respondent, v. GEORGE M. HENDERSON, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

MARY POPPA, an Infant, etc., Respondent, v. CITY OF YONKERS and JOHN O. WESTON, Appellants. ANDRO POPPA, Respondent, v. CITY OF YONKERS and JOHN O. WESTON, Appellants.— Motions denied, with ten dollars costs in one case only. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPHINE FAHR, Respondent, v. ST. MICHAEL'S HOME, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

JOHN J. RYAN, Respondent, v. NATIONAL SURETY COMPANY, Appellant. — Motion denied on condition that the case be placed on the April calendar, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

VICTORY CONTRACTING CORPORATION, Respondent, v. PASQUALE TROTTA, Defendant. MARYLAND CASUALTY COMPANY, Appellant.— Motion denied. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

CATHERINE A. WEAVER, Respondent, v. ANNIE MILLER, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

THERESA S. HOOD, Respondent, v. NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Petition of JULIA J. JOHNSON, nee REHN, and JULIUS LEHRENKRAUSS, Respondents, to Prove the Last Will and Testament of FRANZIESKA REHN, Late of the County of Kings, Deceased. ANNIE KRONENBERGER, Appellant.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred.

In the Matter of the Petition of the PUBLIC SERVICE COMMISSION FOR THE FIRST DISTRICT, etc., Respondent, for a Writ of Mandamus against the NEW YORK AND RICHMOND GAS COMPANY, Appellant.— Order affirmed, and writ sustained, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concurred.

In the Matter of the Petition of OTTO WAGNER, Appellant, for a Writ of Mandamus, Directed to NEW YORK, WESTCHESTER AND BOSTON RAILROAD COMPANY, Respondent.— Final order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.